UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| TIMOTHY MCCLENDON, | Case No. 1:18-cv-00882-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATED EXTENSION OF TIME TO FILE CONFIDENTIAL BRIEFING |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

Pursuant to the stipulation of the parties, Plaintiff shall serve his Confidential brief on or before January 14, 2019. The Court's Scheduling Order (ECF No. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: __December 14, 2018__

UNITED STATES MAGISTRATE JUDGE