# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCLENDON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00882-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

Plaintiff Timothy McClendon filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. On June 29, 2018, the Court issued a scheduling order. (ECF No. 5). The scheduling order states that within 95 days from the filing of the administrative record, Plaintiff shall file an opening brief. The scheduling order also required that the parties file a separate proof of service for their confidential briefing. Defendant lodged the Social Security administrative record on November 13, 2018. (ECF No. 11.) On December 14, 2018, Plaintiff received a thirty-day extension of time to serve his confidential briefing. (ECF Nos. 12, 13.)

Neither of the parties have complied with the Court's order to file a separate proof of service for their confidential briefing. However, more than 125 days have passed and Plaintiff has not filed an opening brief nor sought an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

1

Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within **five (5) days** of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**March 28, 2019**__

UNITED STATES MAGISTRATE JUDGE