# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMOTHY MCCLENDON, | Case No. 1:18-cv-00882-SAB |
|---|---|
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND ADMONISHING COUNSEL THAT FURTHER FAILURES TO COMPLY WILL RESULT IN ISSUANCE OF MONETARY SANCTIONS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF Nos. 14,15) |

Plaintiff Timothy McClendon filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. On June 29, 2018, the Court issued a scheduling order. (ECF No. 5). The scheduling order states that within 95 days from the filing of the administrative record, Plaintiff shall file an opening brief. The scheduling order also required that the parties file a separate proof of service for their confidential briefing. Defendant lodged the Social Security administrative record on November 13, 2018. (ECF No. 11.) On December 14, 2018, Plaintiff received a thirty-day extension of time to serve his confidential briefing. (ECF Nos. 12, 13.)

Plaintiff did not file an opening brief nor did he seek an extension of time to do so. On March 28, 2019, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with the December 14, 2018 order. (ECF No. 14.) On April 2, 2019, Plaintiff filed a response to the order to show cause. (ECF No. 15.) In the response, Plaintiff's

1

1 counsel stated that she had been sick and did not reset the deadline to serve the confidential brief
2 on her calendar. (Id.) The confidential brief was served on April 2, 2019. (Id.)

3 While the Court sympathizes with counsel's issues regarding her health, it is noted that
4 this is not the first time that this Court, or other court's in this division, have had to address a
5 failure to comply. See Murphy v. Comm. of Soc. Sec., No. 1:18-cv-00712-GSA (E.D. Cal. Mar.
6 6, 2019) (order to show cause for failure to file opening brief); Munoz Ferrer v. Comm. of Soc.
7 Sec., No. 1:18-cv-00494-GSA (E.D. Cal. Feb. 20, 2019) (order to show cause for failure to file
8 opening brief); Francesconi v. Comm. of Soc. Sec., No. 1:17-cv-01391-JLT (E.D. Cal. Aug. 31,
9 2018 (order to show cause for failure to file opening brief); Martinez Perales v. Comm. of Soc.
10 Sec., No. 1:17-cv-01353-JLT (E.D. Cal. Apr. 20, 2018) (order to show cause for failure to file
11 proof of service of confidential brief); Hernandez v. Comm. of Soc. Serv., No. 1:17-cv-01246-
12 EPG (E.D. Cal. July 23, 2018 (order to show cause for failure to file opening brief); Peck v.
13 Comm. of Soc. Sec., No. 1:17-cv-01060-JDP (E.D. Cal. Apr. 18, 2018) (order to show cause for
14 failure to file proof of service of confidential brief); Pulido v. Comm. of Soc. Sec., No. 1:17-cv-
15 00884-JLT (E.D. Cal. Mar. 30, 2018) (order to show cause for failure to file opening brief); Stills
16 v. Comm. of Soc. Sec., No. 1:17-cv-00486-JLT (E.D. Cal. Jan. 16, 2018) (order to show cause
17 for failure to file opening brief); Krummel v. Comm. of Soc. Sec., No. 1:17-cv-00260-BAM
18 (E.D. Cal. Mar. 30, 2018) (order to show cause for failure to file opening brief); Perez v. Comm.
19 of Soc. Sec., No. 1:17-cv-00112-SAB (E.D. Cal. Sep. 29, 2017) (order to show cause for failure
20 to file opening brief); Londo v. Comm. of Soc. Sec., No. 1:16-cv-01897-EPG (E.D. Cal. Jan. 2,
21 2019) (order to show cause for failure to file opening brief); Jones v. Comm. of Soc. Sec., No.
22 1:16-cv-01718-EPG (E.D. Cal. Nov. 13, 2019) (order to show cause for failure to file opening
23 brief); Whipple v. Comm. of Soc. Sec., No. 1:16-cv-01254-JLT (E.D. Cal. March 14, 2017)
24 (order to show cause for failure to file proof of service of confidential briefing); Pulido v. Comm.
25 of Soc. Sec., No. 1:16-cv-01155-SAB (E.D. Cal. May 24, 2017) (order to show cause for failure
26 to file opening brief); Sanchez v. Comm. of Soc. Sec., No. 1:16-cv-01081-SKO (E.D. Cal. June
27 13, 2017) (order to show cause for failure to file opening brief); Guerrero v. Comm. of Soc. Sec.,
28 No. 1:16-cv-00573-SAB (E.D. Cal. June 30, 2016) (order requiring counsel Kelsey Brown to

appear for failure to comply with court orders).

Although counsel has health issues, in the Court's mind, the issue is that counsel has continued to fail to put in place a system by which to track due dates in pending cases. Counsel is advised that if additional time is needed to comply with the scheduling order then a stipulation or request for extension needs to be filed prior to the due date. The Court does not issue orders without a reason and counsel's failure to comply is an issue that needs to be addressed as it is affecting the Court's workload and potentially the rights of her clients. Therefore, to compel counsel's compliance with the deadlines established in this matter, the Court shall impose a sanction of one hundred dollars ($100.00) for each day that counsel fails to comply with the deadlines established by this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 28, 2019 order to show cause is DISCHARGED:
2. Defendants shall serve a response to Plaintiff's confidential briefing on or before **May 7, 2019**;
3. Plaintiff's opening brief or a stipulation to remand shall be filed on or before **June 7, 2019**;
4. Defendant's opposition to Plaintiff's opening brief shall be filed on or before **July 8, 2019**;
5. Plaintiff's reply, if any, shall be filed on or before **July 23, 2019**; and
6. Plaintiff is advised that any further failures to comply with orders of this Court will result in the issue of monetary sanctions in the amount of **one-hundred dollars ($100.00) per day** until Plaintiff's compliance is obtained.

IT IS SO ORDERED.

Dated:  **April 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

3