# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCLENDON, | Case No. 1:18-cv-00882-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 20) |
| Defendant. | |

On July 8, 2019, the parties filed a stipulation agreeing to allow Defendant an extension of time to file a responsive brief. (ECF No. 20.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed on or before August 7, 2019; and

2. Plaintiff's reply, if any, shall be filed on or before August 22, 2019.

IT IS SO ORDERED.

Dated: __**July 9, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE