# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMOTHY MCCLENDON, | Case No. 1:18-cv-00882-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 22) |
| Defendant. | |

On April 4, 2019, the Court established a deadline of July 8, 2019 for Defendant to file an opposition brief in this matter. (ECF No. 17.) On July 9, 2019, pursuant to the stipulation of the parties filed July 8, 2019, the Court granted Defendant an extension of time to file a responsive brief until August 7,2019. (ECF No. 20, 21.) On August 7, 2019, after the close of business on the day of the deadline, Defendant filed a stipulation requesting an additional extension of time to file an opposition brief. (ECF No. 22.)

The Court GRANTS the parties' request, however, the Court notes that the stipulation contains essentially the same reason for the extension as the last request, a busy workload, inclusive of the same typo. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are

made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition brief shall be filed on or before September 6, 2019; and
2. Plaintiff's reply, if any, shall be filed on or before September 20, 2019.

IT IS SO ORDERED.

Dated: **August 8, 2019**

UNITED STATES MAGISTRATE JUDGE