# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCCLENDON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00882-SAB<br><br>ORDER DENYING IN PART REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION BRIEF<br><br>**DEADLINE: SEPTEMBER 11, 2019**<br><br>(ECF No. 24) |

On April 4, 2019, the Court established a deadline of July 8, 2019 for Defendant to file an opposition brief in this matter. (ECF No. 17.) On July 9, 2019, pursuant to the stipulation of the parties filed July 8, 2019, the Court granted Defendant an extension of time to file an opposition brief until August 7,2019. (ECF No. 20, 21.) On August 7, 2019, after the close of business on the day of the deadline, Defendant filed a stipulation requesting an additional extension of time to file an opposition brief. (ECF No. 22.) The Court granted the requested extension allowing until September 6, 2019, for Defendant to file an opposition brief. (ECF No. 23.) In the Court's order, the Court emphasized that the request contained essentially the same reason for the extension as the previous request, a busy workload, and the Court advised the parties that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, the Court

1

1 warned that requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension. (ECF No. 23.)

On September 6, 2019, again on the eve of the deadline for filing the opposition brief, Defendant filed a stipulation requesting an extension to file an opposition brief until September 13, 2019, due to a busy workload. (ECF No. 24.) Based on the foregoing history of extensions in this matter, the Court shall DENY Defendant's request for an extension until September 13, 2019, however, the Court shall GRANT the request in part and extend the deadline for Defendant to file an opposition until September 11, 2019.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's opposition brief shall be filed on or before September 11, 2019; and
2. Plaintiff's reply, if any, shall be filed on or before September 26, 2019.

IT IS SO ORDERED.

Dated: **September 9, 2019**

UNITED STATES MAGISTRATE JUDGE